No. 567. ALBERS ET AL. *v.* THOMPSON, TRUSTEE, ET AL.; and

No. 568. MISSOURI PACIFIC RAILROAD COMPANY 5¼% SECURED SERIAL BONDHOLDERS COMMITTEE ET AL. *v.* THOMPSON, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications. *Harry B. Sutter* and *Samuel H. Horne* for petitioners in No. 567. *William H. Biggs* for the Missouri Pacific Railroad Company 5¼% Secured Serial Bondholders Committee, and *Frederick M. Myers* for Huston et al., petitioners in No. 568. *Russell L. Dearmont* and *Thos. T. Railey* for Thompson et al. *Clair B. Hughes* for the Manufacturers Trust Co. *DeLancey C. Smith* for the Protective Committee for Secured Serial 5¼% Gold Bonds of Missouri Pacific Railroad Co. et al. *David M. Potts* and *Abraham Wilson* for the Empire Trust Co. *Douglas B. Steimle* for the Bondholders Protective Committee for Missouri Pacific Railroad Company General Mortgage Bonds. *William P. Palmer* for the Bankers Trust Co. *Robert H. McRoberts* for the St. Louis Union Trust Co. *John M. MacGregor* for the Protective Committee for Holders of Preferred Stock of the Missouri Pacific Railroad Co. *Harold C. McCollom* for the Irving Trust Co. *Leonard D. Adkins* and *S. Mayner Wallace* for the Savings Banks Trust Co. *Hugh L. M. Cole* for the City Bank Farmers Trust Co. *Edward F. Colladay* and *Everett Paul Griffin* for Wright et al. *Walter H. Brown, Jr.* for the New York Trust Co. *Abraham K. Weber* for Rosenberger et al. *Burton K. Wheeler, Edward K. Wheeler* and *Eldon S. Olson* for the Missouri Pacific Railroad Co. *Percival E. Jackson* for Jackson et al. *Emmet McCaffery* for the Chemical Corn Exchange Bank. *John L. J. Hart* for the Alleghany Corporation. Reported below: 225 F. 2d 761.